UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00002-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS DWAYNE FRAZIER,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Monday, August 8, 2011, at 4:00 p.m.**

    Dated:  June 28, 2011